DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD VINCENT LETIZIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1167

[September 24, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case Nos. 31-2005-CF-001527-A and 31-2005-CF-002028-A.

Richard Vincent Letizia, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***